In the matter of the application of Rosiana Jochim for a writ of habeas corpus. W. W. Pellet, for appellant. L. Wendel, Jr., for respondent. No opinion. Order affirmed. Order filed.

JOHNSON v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by John Martin Johnson, an infant, by Carolina Locke, his guardian ad litem, against the City of New York.

PER CURIAM. Judgment and orders affirmed, without costs.

BURR and THOMAS, JJ., dissent from the affirmance of the judgment in favor of plaintiff, and vote to reverse such judgment and to grant a new trial, upon the ground that no liability on the part of defendant is shown.

JOHNSON v. RITER CONLEY MFG. CO. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Alma C. Johnson against the Riter Conley Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1004.

JOHNSON, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Charles A. Johnson, as executor, etc., of Jane B. Johnson, deceased, against the State of New York. No opinion. Motion for reargument denied. For former opinion, see 135 N. Y. Supp. 496.

JOSEPH BECK & SONS, Appellants, v. TYNBERG, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Joseph Beck & Sons against Sigmund Tynberg. M. D. Steuer, for appellants. S. P. Goldman, for respondent. No opinion. Orders affirmed, without costs. Orders filed.

In re JOSEPH FALLERT BREWING CO., Limited. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) In the matter of the application of the Joseph Fallert Brewing Company, Limited, for a writ of mandamus. No opinion. Motion to resettle order denied, without costs. See, also, 147 App. Div. 902, 131 N. Y. Supp. 1122.

JURETIE, Respondent, v. NEW YORK & CUBA MAIL S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Louis Juretie against the New York & Cuba Mail Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs.

KASPROVOSKI, Respondent, v. UNITED STATES GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department.

June 5, 1912.) Action by Martin Kasprovoski against the United States Gypsum Company No opinion. Judgment and order affirmed, with costs.

KAUFMAN, Respondent, v. KAUFMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Anna Kaufman against John Kaufman. H. L Jacobson, for appellant. C. S. Bostwick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAVANAUGH v. McINTYRE et al. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Frederick W Kavanaugh against Thomas A. McIntyre and others. No opinion. Judgment and order (13 N. Y. Supp. 679) unanimously affirmed, with costs.

KEIRNAN, Appellant, v. McDONALD, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Patrick J. Keirnan against James P McDonald, impleaded with others. M. Nussbaum, for appellant. G. Sumner, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. Order filed.

KEITH, Appellant, v. CHAS. A. COWEN & CO., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1912. Action by Boudinot Keith, as trustee, against Chas. A. Cowan & Co. E. V. Abbot, for appellant. J. W. McElhinney, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

KENDALL, Respondent, v. ERDLE, Appellant. (Supreme Court, Appellate Division Fourth Department. June 5, 1912.) Action by Horace I. Kendall against George F. Erdle No opinion. Judgment affirmed, with costs.

KENEN, Respondent, v. SUPERIOR AXLE & FORGE CO., Appellant. (Supreme Court Appellate Division, Fourth Department. May 15, 1912.) Action by Leonard C. Kenen against the Superior Axle & Forge Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1136) denied.

KENNEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1912. Action by Thomas Kenney against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

KENT v. DE COPPET. (Supreme Court Appellate Division, First Department. May 24